```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**TCYK, LLC,**

      Plaintiff,

   vs.                                Civil Action 2:13-cv-842
                                         Judge Marbley
                                         Magistrate Judge King

**JOHN DOES 1-20,**

      Defendants.

<u>**ORDER**</u>

      On January 8, 2015, the United States Magistrate Judge recommended that *Plaintiffs' Motion for Default Judgment against Defendant Richard Williams*, ECF 19, be granted in part and denied in part. *Report and Recommendation*, ECF 23. It was specifically recommended (1) that defendant Richard Williams be permanently enjoined from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission, (2) that Defendant Richard Williams be ordered to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Richard Williams has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Richard Williams' possession, custody, or control, and (3) that plaintiff be awarded statutory

damages as against defendant Richard Williams in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,905.01. *Id.* Although the parties were advised of their right to object to the recommendation, there has been no objection.

The *Report and Recommendation*, ECF 23, is **ADOPTED AND AFFIRMED.** *Plaintiffs' Motion for Default Judgment against Defendant Richard Williams*, ECF 19, is **GRANTED in part** and **DENIED in part**.

Defendant Richard Williams is **PERMANENTLY ENJOINED** from directly or indirectly infringing plaintiff's copyrighted works, including by use of the internet to reproduce, copy, distribute, or make available for distribution to the public plaintiff's copyrighted works, unless plaintiff provides defendant with a license or express permission. Defendant Richard Williams is **ORDERED** to destroy all copies of plaintiff's motion picture *The Company You Keep* that defendant Richard Williams has downloaded onto any computer hard drive or server without plaintiff's authorization and all copies that have been transferred onto any physical medium or device in defendant Richard Williams' possession, custody, or control. Plaintiff is **AWARDED** statutory damages as against defendant Richard Williams in the amount of $6,000 and attorneys' fees and costs in the total amount of $1,905.01.

 

s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge
