IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TCYK, LLC,**

    **Plaintiff,**

  vs.                             **Civil Action 2:13-cv-842**
                                       **Judge Marbley**
                                       **Magistrate Judge King**

**JOHN DOES 1-20,**

    **Defendants.**

### ORDER

Plaintiff's claim against defendant Sloan is the only claim remaining in this action. Defendant Sloan's motion for summary judgment, ECF 21, is pending and the Court has been advised that plaintiff does not intend to respond to that motion. *See Order*, ECF 27. It therefore appears that plaintiff does not intend to pursue the claim against defendant Sloan.

The Court intends to dismiss this action for failure to prosecute the remaining claim unless, within fourteen (14) days, plaintiff indicates on the record its intention to pursue the claim against defendant Sloan.

March 6, 2015                                                               *s/Norah McCann King*
                                                                                 Norah McCann King
                                                                       United States Magistrate Judge